004832

Order issued November 9, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01071-CV

## ERNEST FRANKLIN, FRANKLIN BRIDGE, INC., DIANA LOMAS, ROSIE VASQUEZ AND JOSE VASQUEZ, Appellants

V.

## IGNITE HOLDINGS, LTD. AND STREAM SPE, LTD., Appellees

## ORDER

The Court has before it appellees' November 7, 2012 letter indicating that they wish to withdraw their August 21, 2012 motion to consolidate this appeal with cause number 05-12-01024-CV. We **GRANT** the request and **DISMISS** the motion to consolidate.

MOLLY FRANCIS
JUSTICE